USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIHU ROMERO, et al.,

                    Plaintiffs,

          - against -

RSK CONSTRUCTION, INC., et al.,

                    Defendants.
-------------------------------------------------------------X

18-CV-7424 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Counsel for Defendants Andy Morales, Carlos Morales, and Real Innovative Construction, LLC ("RIC") has moved to withdraw. If those Defendants or any other party has any objection, they shall file a response no later than January 21, 2021. If the motion is granted, the individual Defendants may proceed pro se or with new counsel, but RIC may only proceed if represented by counsel; otherwise, it may be subject to default. Counsel seeking to withdraw shall provide a copy of this order to Andy Morales, Carlos Morales, and RIC no later than January 9, 2021.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1