# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (212) 545-4045
MY EMAIL ADDRESS IS:  ADAM.GROSS@JACKSONLEWIS.COM

February 10, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021
```

**VIA ECF**

Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court, SDNY
500 Pearl Street, Room 18D
New York, New York 10007

Re:   Romero, et al. v. Real Innovative Construction, LLC, et al.
      Index No.:18-cv-07424(VEC)(RWL)

Dear Judge Lehrburger:

    We are counsel for Defendants ECI Contracting, LLC and Kieran Keaveney (collectively, the "ECI Defendants") in the above-referenced matter.  As the Court is aware, the Plaintiffs and the ECI Defendants (the "settling parties") have reached a settlement in principle to resolve Plaintiffs' claims against the ECI Defendants in this matter.  The settling parties respectfully request that the Court grant them a two week extension of time—until February 24, 2021—to submit their settlement agreement for the Court's review and approval.  The settling parties have largely agreed to the language of the written settlement agreement and request this brief extension of time to effectuate the execution of the document.  This is the settling parties' first request for an extension of this deadline, and the requested extension will not impact any other existing deadlines.

    We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s Adam S. Gross*
Adam S. Gross

cc:   All counsel (via ECF)

SO ORDERED:
2/11/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE