

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

March 3, 2021

**Via ECF**
The Honorable Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Romero, et al. v. RSK Construction, Inc., et al.**
    **18-CV-7424 (VEC)(RWL)**

Dear Judge Lehrburger:

    Our office represents the Plaintiffs in this matter and we submit this letter to supplement the parties' Motion for Settlement Approval [Dkt. No. 85]. At the time of filing, we indicated that our office was still in the process of obtaining signatures for remaining four Plaintiffs' and would promptly submit a fully executed Settlement Agreement ("Agreement") once those individuals had signed. Those individuals have now signed the Agreement and, as such, we provide the Court with a fully executed copy of the Agreement attached hereto as **Exhibit 1**.

    We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.