USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIHU ROMERO, et al.,

                       Plaintiffs,

        - against -

RSK CONSTRUCTION, INC., et al.,

                    Defendants.
-------------------------------------------------------------X

18-CV-7424 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 8, 2021, the Law Offices of Joseph & Norinsberg, LLC moved to withdraw as counsel for Defendants Andy Morales, Carlos Morales, and Real Innovative Construction, LLC ("RIC"). (Dkt. 79.) The Court gave Defendants or any other party with an objection until January 21, 2021 to file a response. (Dkt. 80.) No response has been filed. The motion is granted. The individual Defendants may proceed pro se or with new counsel, but RIC may only proceed if represented by counsel; otherwise, it may be subject to default. No later than March 8, 2021, the Law Offices of Joseph & Norinsberg, LLC shall provide a copy of this order to Andy Morales, Carlos Morales, and RIC and file proof of service on the docket.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

1