```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIHU ROMERO, et al.,
                                                                 18-CV-7424 (VEC) (RWL)
                                Plaintiffs,

        - against -                                              ORDER

RSK CONSTRUCTION, INC., et al.,

                                Defendants.
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 4, 2021, this Court granted the request of the Law Offices of Joseph & Norinsberg, LLC to withdraw as counsel for Real Innovative Construction, LLC ("RIC"), Carlos Morales, and Andy Garcia.[1]  (Dkt. 89.)  The Court also instructed the Joseph & Norinsberg to serve a copy of this Court's order on those Defendants and file proof of service on the docket.  To date, Joseph & Norinsberg has not filed proof of service as ordered.

Consequently, the Joseph & Norinsberg shall file proof of service by April 12, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record and sent to the Law Offices of Joseph & Norinsberg, LLC by email and mail to:

---

[1] On the docket, Andy Garcia is listed as "Andy Morales," but subsequent filings indicate that his last name is, in fact, Garcia.  (*See* Dkt. 22.)  The Court respectfully requests that the Clerk of the Court update the docket.

1

chaya@norinsberglaw.com

jon@norinsberglaw.com

Joseph & Norinsberg, LLC
110 East 59th Street
Suite 3200
New York, NY 10022