USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELIHU ROMERO, et al., :
:
Plaintiffs, :
:
- against - :
:
RSK CONSTRUCTION, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------X

18-CV-7424 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 4, 2021, this Court granted the request of the Law Offices of Joseph & Norinsberg, LLC to withdraw as counsel for Real Innovative Construction, LLC ("RIC"), Carlos Morales, and Andy Garcia, and noted that RIC must appear by counsel or be subject to default. Carlos Morales and Andy Garcia are now proceeding pro se. No counsel has appeared for RIC and no other activity appears on the docket. Accordingly, by June 4, 2021, Plaintiffs shall file for default judgment and/or otherwise update the Court on the status of this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2021
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

Andy Garcia
359 Scott Street
Wilkes-Barre, PA 18702

1

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 1046