UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIHU ROMERO; SAMUEL LEON; NELSON
ELIAS DIAZ; FRANCISCO TENEZACA;
FRANCISCO AGUILAR; FERNANDO OLEA;
JHON SPENCER; REYNALDO ARIZA
BARRIOS; SERGIO AVILA LOPEZ;
FERNANDO ARELLANO; and GREBIL
MORENO, individually and on behalf of all
others similarly situated,

                Plaintiffs,

          -against-

REAL INNOVATIVE CONSTRUCTION, LLC;
ANDY MORALES; and CARLOS MORALES,
                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2021

18 CIVIL 7424 (VEC)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2021, the R&R is ADOPTED in its entirety. Plaintiffs' motion to dismiss without prejudice is DENIED, and this case is DISMISSED WITH PREJUDICE. Plaintiffs' failure to file an objection to the R&R operates as a waiver of appellate review because the R&R contained a notice that failure to object within 14 days would preclude appellate review. See R&R at 4; Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008); accordingly, the case is closed.

**Dated:**  New York, New York
          August 9, 2021

                                                          **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                 **BY:**
                                                                 **Deputy Clerk**